173 A.3d 1089

IN THE MATTER OF JOSEPH PETER HOWARD, AN
ATTORNEY AT LAW (ATTORNEY NO. 040162010)

D–163 September Term 2016
079539

December 6, 2017

**ORDER**

The Disciplinary Review Board having filed with the Court its decision in DRB 16–408, concluding on the record certified to the Board pursuant to Rule 1:20–4(f)(default by respondent) that **JOSEPH PETER HOWARD** of **CHERRY HILL,** who was admitted to the bar of this State in 2010, should be censured for violating RPC 1.1(b)(pattern of neglect), RPC 1.3 (lack of diligence), RPC 1.16(d)(failure to take steps reasonably practicable to

protect a client's interests on termination of representation), RPC 3.2 (failure to expedite litigation), and RPC 8.1(b)(failure to cooperate with disciplinary authorities), and good cause appearing;

It is ORDERED that **JOSEPH PETER HOWARD** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in Rule 1:20-17.